AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Ryan Kelley | ) ) ) ) ) ) ) |

Defendant

Case: 1:22-mj-00133
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 6/7/2022
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Ryan Kelley                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engage in any Act of Physical Violence Against Person or Property in any Restricted
Building or Grounds;
18 U.S.C. § 1361 - Willfully injure or commit any Depredation Against any Property of the United States.

Date:      06/08/2022

Zia M. Faruqui
2022.06.08 19:12:13 -04'00'

*Issuing officer's signature*

City and state:            Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)*   6-8-2022   , and the person was arrested on *(date)*   6-9-2022
at *(city and state)*   Allendale, MI   .

Date:   6-9-2022

*Arresting officer's signature*

Brett Coble, FBI Special Agent
*Printed name and title*