**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 330 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W Michigan Ave. | 315 W Allegan St. | 202 W Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

# CERTIFICATE OF GOOD STANDING

I, Thomas L. Dorwin, Clerk of the United States District Court for the Western District of Michigan, do hereby certify that

## GARY K. SPRINGSTEAD

was duly admitted to practice in said Court on February 02, 2006

and is in good standing as a member of the bar of said Court.

Thomas L. Dorwin, Clerk of Court

Dated at Grand Rapids,
Michigan, on June 9, 2022



By: _____
Deputy Clerk