IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:22-mj-00133-ZMF |
| ) | |
| RYAN KELLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY GARY K. SPRINGSTEAD TO APPEAR PRO HAC VICE**

Having reviewed the *Motion For Admission Of Attorney Gary K. Springstead to Appear Pro Hac Vice,* the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Gary K. Springstead is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Defendant Ryan Kelley.

IT IS SO ORDERED this ____ day of _____, 2022.

_____
United States Magistrate Judge