IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:22-mj-00133-ZMF |
| ) | |
| RYAN KELLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This Court, having considered the Motion to Admit Pro Hac Vice Gary K. Springstead as Counsel for Defendant (ECF No. 7 & ECF No. 8) as well as good cause having been shown, it is

ORDERED that the Motion for Pro Hac Vice Admission is GRANTED; and it is further

ORDERED that Gary K. Springstead shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Gary K. Springstead is permitted to execute all pleadings in this case without the necessity of Attorney Jay P. Mykytiuk being required to also execute all pleadings in this case.

The Honorable Zia M. Faruqui
United States Magistrate Judge