NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:22-mj-00133

RYAN KELLEY
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ■ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

/s/ Gary K. Springstead
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Gary K. Springstead, MI State Bar No. P59726
*(Attorney & Bar ID Number)*

Springstead Bartish Borgula & Lynch Law
*(Firm Name)*

60 Monroe Center St. NW Suite 500
*(Street Address)*

Grand Rapids, MI 49503
*(City)   (State)   (Zip)*

(616) 458-6007
*(Telephone Number)*