IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. ) CASE NO. 1:22-mj-00133-ZMF
)
RYAN KELLEY, )
)
      Defendant. )
_____)

## DECLARATION OF ATTORNEY NICOLE E. SPRINGSTEAD-STOLTE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Nicole E. Springstead-Stolte, hereby declare:

1. My name, office address, and telephone number are as follows:

   Nicole E. Springstead-Stolte
   Springstead Bartish Borgula & Lynch PLLC
   60 Monroe Center St. NW Suite 500
   Grand Rapids, MI 49503
   616-458-5500

2. I have been admitted to the following courts and bars:

   *Admission to Practice*
   Bar of the State of Michigan – Admitted November 23, 2020
   United States District Court for the Western District of Michigan – January 2021

   *Pro Hac Vice Admission to Practice*
   United States District Court for the District of Hawaii
   United States District Court for the District of Columbia

3. I am currently in good standing with all states, courts, and bars in which I am admitted, and have never been disciplined by any bar.

4. I have previously been admitted *pro hac vice* in this Court one time within the last two years.

5. I do not have an office located within the District of Columbia.

6. I am familiar with the Federal Rules of Criminal Procedure and the applicable Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

This, the 20th day of June, 2022.

                                            Respectfully submitted,

*Nicole E. Springstead-Stolte*
Nicole E. Springstead-Stolte
MI State Bar No. P84532
Attorney for Ryan Kelley

Nicole E. Springstead-Stolte
60 Monroe Center St. NW  Suite 500
Grand Rapids, MI 49503
Phone: 616-458-5500
Fax: 616-458-6007
Email:  Nicole@sbbllaw.com