IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:22-mj-00133-ZMF |
| ) | |
| RYAN KELLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY
NICOLE E. SPRINGSTEAD-STOLTE TO APPEAR PRO HAC VICE**

Having reviewed the *Motion for Admission of Attorney Nicole E. Springstead-Stolte Pro Hac Vice*, the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Nicole E. Springstead-Stolte is admitted to practice before this Court for the limited purpose of appearing in this case as attorney for Defendant Ryan Kelley.

IT IS SO ORDERED this ____ day of _____, 2022.

_____
United States Magistrate Judge