IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 22-cr-222 (CRC) |
| | ) |
| RYAN KELLEY, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

**ORDER**

This Court, having considered the Motion to Admit Pro Hac Vice Nicole E. Springstead-Stolte as Counsel for Defendant (ECF No. 13) as well as good cause having been shown, it is

ORDERED that the Motion for Pro Hac Vice Admission is GRANTED; and it is further

ORDERED that Nicole E. Springstead-Stolte shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, Nicole E. Springstead-Stolte is permitted to execute all pleadings in this case without the necessity of Attorney Jay P. Mykytiuk being required to also execute all pleadings in this case.

SO ORDERED.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge