# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 22-CR-222-CRC** |
| **v.** : | |
| : | |
| **RYAN KELLEY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021;
5. Memorandum Regarding Status of Discovery as of November 5, 2021; and
6. Memorandum Regarding Status of Discovery as of February 22, 2022.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Emily A. Miller*                By:     /s/ *April H. Ayers-Perez*

EMILY A. MILLER                                APRIL H. AYERS-PEREZ
Capitol Breach Discovery Coordinator          Assistant United States Attorney
DC Bar No. 462077                           Detailee
555 Fourth Street, N.W., Room 5826           TX Bar No. 24090975
Washington, DC 20530                      11204 McPherson Road, Suite 100A
Emily.Miller2@usdoj.gov                   Laredo, Texas 78045
(202) 252-6988                                  April.Ayers-Perez@usdoj.gov
                                                      (956) 754-0946