UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_ _ _ _ _ _ _ _ _ _ _ _ _

UNITED STATES OF AMERICA,

        Plaintiff,                                       No. 1:22-cr-00222-CRC-1

v.                                                     Hon. Christopher R. Cooper
                                                           United States District Judge

RYAN KELLEY,

        Defendant.

**NOTICE REGARDING END OF CAMPAIGN**

      The Court previously ordered that Mr. Ryan Kelley notify the Court when his campaign for Michigan Governor was completed so that his bond conditions regarding travel could be assessed. Defense Counsel now gives notice to the Court that Mr. Ryan Kelley's campaign for Michigan Governor has ended. Mr. Kelley lost in the primaries, and requested a hand recount of the votes. Mr. Kelley has since notified Defense Counsel that his campaign for Michigan Governor ended.  Defense Counsel would, however, note that Mr. Ryan Kelley is still actively involved in political issues throughout the state of Michigan, and is contemplating whether he will run for a different state or federal position.

Dated: 9/27/2022

Respectfully submitted,
*/s/ Gary K. Springstead*
Gary K. Springstead
Counsel for Defendant
60 Monroe Center St., N.W., Suite 500
Grand Rapids, Michigan 49503
Tel: (616) 458-5500
gary@sbbllaw.com