UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 22-cr-222-CRC |
| v. | : |
| | : |
| RYAN KELLEY, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Michael L. Jones, detailed to the U.S. Attorney's Office for the District of Columbia, is entering his appearance in this matter on behalf of the United States. This appearance is in place of Assistant U.S. Attorney April Ayers-Perez.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Michael L. Jones*
MICHAEL L. JONES
DC Bar No. 1047027
Trial Attorney
Capitol Riot Detailee
U.S. Attorney's Office
District of Columbia
(202) 252-7820
michael.jones@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Michael L. Jones*
Michael L. Jones
Trial Attorney