UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

      Plaintiff,

No. 1:22-cr-00222-CRC-1

v.

Hon. Christopher R. Cooper
United States District Judge

RYAN KELLEY,

      Defendant.

## NOTICE OF CONSENT TO EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

    I, Ryan Kelley, understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney has asked the court to continue the Status Hearing to allow for additional time to obtain discovery and discuss potential pretrial resolution of the case with the government. I agree that it is in my best interest and in the interest of justice to continue the hearing. Therefore, I give notice to the Court that I consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, until the next scheduled status conference. I freely and voluntarily waive any such rights available to me through the time of the next scheduled status conference.

                                Respectfully submitted

                                *Ryan Kelley*
                                Ryan Kelley (Dec 5, 2022 21:56 EST)
                                Ryan Kelley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Consent to Exclusion of Time Under Speedy Trial Act is being filed via ECF.

/s/ *Gary K. Springstead*
Gary K. Springstead