# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 22-cr-222 (CRC)** |
| **RYAN KELLEY,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America by and through the United States Attorney for the District

of Columbia, hereby informs the Court that Trial Attorney Shanai Watson is entering her

appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Shanai Watson*
SHANAI WATSON
Trial Attorney, Department of Justice
1301 New York Ave. N.W.,
Washington, DC 20005
New York Bar Reg. No. 5003165
shanai.watson@usdoj.gov
(202) 616-0245

## <u>CERTIFICATE OF SERVICE</u>

On this 14th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Shanai Watson*
SHANAI WATSON
Trial Attorney, Department of Justice