UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Case No.: 22-cr-222 (CRC)

vs.

HON. CHRISTOPHER R. COOPER

RYAN KELLEY,
        Defendant.
_____/

MICHAEL L. JONES
DC Bar No. 1047027
Trial Attorney
Capitol Riot Detailee
U.S. Attorney's Office
District of Columbia
(202) 252-7820

SHANAI WATSON
New York Bar No. 5003165
Trial Attorney, Department of Justice
1301 New York Ave. N.W.,
Washington DC 20005
(202) 616-02245

GARY K. SPRINGSTEAD (P59726)
SBBL Law, PLLC
Attorney for Defendant
28 A West Main Street
Fremont, MI 49412
231-924-8700
_____/

**DEFENDANT'S MOTION TO ADJOURN STATUS CONFERENCE**

Attorney Gary K. Springstead respectfully requests an adjournment of the Status Conference currently scheduled for April 27, 2023, at 2:00pm via Zoom. In support of this request, Attorney Springstead states the following:

1. Attorney Springstead's presence is required in court in Kent County, Michigan on April 27 for a trial.

2. Counsel for the Defendant has checked with the government, who advised that they do not oppose moving next week's status conference to accommodate the trial scheduled in one of Attorney Springstead's cases.

3. However, both parties agree that they do not wish to alter the remaining scheduled dates in Mr. Kelley's case.

Therefore, Defendant respectfully requests a brief adjournment of this Status Conference so that Attorney Springstead can be present.

Respectfully submitted,

Dated: April 21, 2023
/s/ Gary K. Springstead
GARY K. SPRINGSTEAD (P59726)
SBBL Law, PLLC
28 A West Main Street
Fremont, MI 49412
231-924-8700
gary@sbbllaw.com