UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Case No. 22-cr-222 (CRC) |
| v. | : | |
| | : | |
| RYAN KELLEY, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the Government's Sentencing Memorandum (ECF No. 47). The exhibits are as follows:

--

| Exhibit # | Description | Relevant Screenshot |
| --- | --- | --- |
| Exhibit 1 | Footage of flash bang grenades going off around Kelley, and line of officers. | Image 1: |

| | | |
|---|---|---|
| | | Image 2:<br> |
| Exhibit 2 | Footage of Kelley moving closer to the scaffolding adjacent to the Northwest stairs. Also, footage of Kelley shouting towards the already riled up crowd. | Image 3:<br><br>Image 4:<br> |

| | | |
|---|---|---|
| Exhibit 3 | Footage of Kelley and other rioters climbing through the scaffolding as officers continued to fend off the rioters. | Image 5:  |
| Exhibit 4 | Footage of Kelley gesturing to rioters to move forward towards the Capitol Building. | Image 6:  |
| Exhibit 5 | CCTV footage of the Northwest stairs and tarp-covered scaffolding, including Kelley using his hands to support another rioter pulling a metal bike rack onto the scaffolding; Kelley tearing protective tarp; and Kelley covering his face to protect himself from pepper spray. (No audio) | Image 7: <br><br>Image 8:  |

| Exhibit 6 | Publicly available news footage of Kelley using his hands to tear and pull off a portion of the protective tarp | Image 9: |
| --- | --- | --- |
| Exhibit 7 | Footage of Kelley using his cell phone to take a photograph of blood. | Image 10: |
| Exhibit 8 | Footage of Kelley climbing onto a stair railing next to the Northwest stairs and running up the railing towards the Capitol Building. | Image 11: |
| Exhibit 9 | CCTV footage of Northwest Courtyard, including Kelley continuing to gesture and motion to encourage the rioters to move towards the Capitol Building. (No audio) | Image 12: |

| | | |
|---|---|---|
| Exhibit 10 | June 30, 2021, Kelley posted a message to Facebook stating that "Jan 6 in Wash DC was not an insurrection. Zero nukes, F-15's or any weapons, one guy did have an assult [sic] pencil tho it remained unused." |  |
| Exhibit 11 | December 27, 2021, Kelley posted a message to Facebook stating, "I was in Washington DC on January 6 protesting the government because of the fraudulent 2020 election… doing the right thing." | |
| Exhibit 12 | August 12, 2022, Kelley posted another message to Facebook stating, "I did nothing wrong" on January 6. | |

| | | |
|---|---|---|
| Exhibit 13 | December 2, 2022, Kelley posted another message to Facebook in which he claimed that "J6" was an FBI "set up." | |
| Exhibit 14 | As recently as October 9, 2023, Kelley's website, Ryandkelley.com, contained a statement that "The Federal government is still coming after me and many others for peacefully protesting our government on January 6, 2021." | |
| Bonus Exhibit 15 | CCTV footage of Northwest stairs (No audio)<br><br>Note: Exhibit not referenced in Govt.'s sentencing memo. | |



Exhibits were provided to defense counsel and the Court via USAfx on October 10, 2023.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

By:    */s/ Michael L. Jones*

        MICHAEL L. JONES
        DC Bar No. 1047027
        Trial Attorney
        Capitol Riot Detailee
        U.S. Attorney's Office
        District of Columbia
        (202) 252-7820
        michael.jones@usdoj.gov

By:    */s/ Shanai Watson*

        SHANAI WATSON
        Trial Attorney, Department of Justice
        1301 New York Ave. N.W.,
        Washington, DC 20005
        New York Bar Reg. No. 5003165
        (202) 616-0245
        shanai.watson@usdoj.gov